IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
BIG STONE GAP DIVISION

| | | |
|---|---|---|
| **SHEILA F. STANLEY,** | ) | |
| | ) | |
| Plaintiff | ) | Civil Action No. 2:04-cv-00018 |
| | ) | |
| v. | ) | **O R D E R** |
| | ) | |
| **JO ANNE B. BARNHART,** | ) | By:  Glen M. Williams |
| Commissioner of Social | ) | Sr. U. S. District Judge |
| Security, | ) | |
| | ) | |
| Defendant | ) | |

This case was referred pursuant to the Honorable Pamela Meade Sargent, United States Magistrate Judge, pursuant to 28 U.S.C. §636(b)(1)(B).  The Magistrate Judge has filed a report recommending that the Commissioner's Motion for Summary Judgment be granted. Objections to the report and recommendation have been filed by the plaintiff and the court, upon review of the record de novo, is of the opinion that the report should be adopted.  It is accordingly

ADJUDGED AND ORDERED

that the plaintiff's Motion for Summary Judgment shall be and is hereby DENIED; the Commissioner's Motion for Summary Judgment

shall be and is hereby **GRANTED** and the final decision of the Commissioner denying the plaintiff's claim for supplemental security income benefits is **AFFIRMED**.

The Clerk is directed to send certified copies of this Order to all counsel of record. This case is stricken from the docket.

ENTER: This 14th day of April, 2005.

                                             s/ Glen M. Williams
                                             Sr. United States District Judge